IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALIMA HAWTHORNE, K.A., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MUNICIPALITY OF NORRISTOWN, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br> NO. 15-01572 |

## ORDER

**AND NOW**, this 5th day of February, 2016, upon consideration of Defendant Municipality of Norristown's ("Norristown") Motion for Summary Judgment (ECF No. 24), Plaintiffs' Response (ECF No. 28), and oral argument heard on January 20, 2016 (ECF No. 38), it is hereby **ORDERED** that the motion is **GRANTED**. All claims against Norristown are dismissed with prejudice.

This case is dismissed and the Clerk of Court shall close this matter.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.