IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALIMA HAWTHORNE, K.A., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MUNICIPALITY OF NORRISTOWN, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br> NO. 15-01572 |

# ORDER

**AND NOW**, this 29th day of April, 2016, upon consideration of Defendant Municipality of Norristown's ("Norristown") Motion for Sanctions (ECF No. 49), Plaintiffs' Response (ECF No. 53), Norristown's Reply (ECF No. 54) and oral argument heard on April 19, 2016 (ECF No. 58), it is hereby **ORDERED** that the Motion is **GRANTED** in the amount of $29,166.00 in attorneys' fees and $4,351.99 in costs, totaling $33,517.99.

Payment shall be made to Norristown's insurer, The Travelers Companies, Inc.,[1] within sixty (60) days of the date of this Order.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] Counsel acknowledged at oral argument that any award to Norristown would be paid to Travelers. (Motion for Sanctions Oral Arg. 16:24–17:14, 17:20–18:1, ECF No. 58.)

1